Rebecca Grey (State Bar No. 194940)
The Grey Law Firm, PC
The Russ Building
235 Montgomery St., Suite 1101
San Francisco, California 94104
Telephone: (415) 262-9926
Facsimile:  (415) 262-9981
Email: grey@greylaw-sf.com

Attorneys for Plaintiff,
ERNIE ECHAGUE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE ECHAGUE, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY, TRINET GROUP, INC., PACIFIC COAST BANKERS' BANK, THE TRINET GROUP, INC. SUPPLEMENTAL LIFE INSURANCE PLAN, and DOES 1-100, inclusive,<br><br>    Defendants. | Case No. C 12-00640 PJH<br><br>NOTICE OF SUBSTITUTION OF ATTORNEYS |

TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

YOU ARE HEREBY NOTIFIED that Plaintiff, ERNIE ECHAGUE hereby substitutes Rebecca Grey, SBN 194940, The Grey Law Firm, PC, 235 Montgomery Street, Suite 1101, San Francisco, California 94104, (415) 262-9926, as its counsel of record with the above matter in place of Arnold Levinson, Rebecca Grey, and Brian Kim, Pillsbury & Levinson, LLP, 600 Montgomery Street, 31st Floor, San Francisco, California 94111, (415) 433-8000.

-1-

NOTICE OF SUBSTITUTION OF ATTORNEY                                    Case No. C 12-00640 PJH

This document may be executed in counterparts.

Dated: 9/28/12

THE GREY LAW FIRM, PC

By: _____
Rebecca Grey
Counsel for Plaintiff
ERNIE ECHAGUE

Dated: 9/27/2012

PILLSBURY & LEVINSON, LLP

By: _____
Arnold Levinson
Brian Kim
Counsel for Plaintiff
ERNIE ECHAGUE

Dated: 9/26/2012

By: _____
ERNIE ECHAGUE

10/2/12

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA