1  THE GREY LAW FIRM, PC
   REBECCA GREY Bar No. 194940
2  The Russ Building
   235 Montgomery Street, Suite 1101
3  San Francisco, CA  94104
   Telephone:     (415) 262-9926
4  Facsimile:      (415) 262-9981

5  Attorneys for Plaintiff
   ERNIE ECHAGUE

6  SEDGWICK LLP
   REBECCA A. HULL  Bar No. 99802
7  ERIN A. CORNELL  Bar No. 227135
   333 Bush Street, 30th Floor
8  San Francisco, CA  94101-2834
   Telephone:     (415) 781-7900
9  Facsimile:      (415) 781-2635

10 Attorneys for Defendant
   METROPOLITAN LIFE INSURANCE COMPANY

11 LITTLER MENDELSON
   ERIC BELLAFRONTO  Bar No. 162102
12 ISELA PEREZ  Bar No. 267859
   50 West San Fernando Street, 15th Floor
13 San Jose, CA  95113
   Telephone:     (408) 998-4150
14 Facsimile:      (408) 288-5686

15 Attorneys for Defendants
   THE TRINET GROUP, INC.; THE TRINET GROUP, INC.
16 BASIC LIFE INSURANCE PLAN; THE TRINET GROUP,
   INC. SUPPLEMENTAL LIFE INSURANCE PLAN;
17 PACIFIC COAST BANKERS' BANK

18              UNITED STATES DISTRICT COURT

19              NORTHERN DISTRICT OF CALIFORNIA

20

21 | ERNIE ECHAGUE,                        | Case No. 3:12-cv-00640 WHO
22 |            Plaintiff,                 | **STIPULATION AND ORDER TO**
23 |        v.                             | **CONTINUE LAST DAY TO HEAR**
   |                                       | **DISPOSITIVE MOTIONS**
24 | METROPOLITAN LIFE INSURANCE
25 | COMPANY; TRINET GROUP, INC.;
   | PACIFIC COAST BANKERS' BANK; THE
26 | TRINET GROUP, INC. BASIC LIFE
   | INSURANCE PLAN; THE TRINET GROUP,
27 | INC. GROUP SUPPLEMENTAL LIFE
   | INSURANCE PLAN; and DOES 1-100,
28 | inclusive,
   |            Defendants.

DOCS/3957842v1

STIPULATION AND ORDER TO CONTINUE DATES

Plaintiff Ernie Echague and defendants Metropolitan Life Insurance Company ("MetLife"), The TriNet Group, Inc. ("TriNet"), The TriNet Group, Inc. Basic Life Insurance Plan, The TriNet Group, Inc. Supplemental Life Insurance Plan (collectively "the TriNet defendants"), and Pacific Coast Bankers' Bank ("PCBB") (collectively "defendants"), through their respective attorneys of record, hereby agree and stipulate as follows:

1. On August 8, 2013, following a case management conference, the Court ordered dispositive motions to be heard on November 27, 2013. (ECF No. 83.) The Court also ordered that a bench trial will take place on February 10, 2014. (*Id.*)

2. Pursuant to Civil L.R. 7-2(a), because the parties' dispositive motions will be heard on November 27, 2013, the last day for the parties to file dispositive motions is October 23, 2013.

3. On October 1, 2013, the Court filed its Order on Discovery Dispute (ECF No. 87), and ordered MetLife, TriNet, and PCBB to produce additional documents, and also arrange for the depositions for their respective 30(b)(6) witnesses, as outlined in the Court's order.

4. The parties have worked diligently to obtain a protective order, pursuant to the Court's October 1, 2013 order (ECF No. 89), to produce the additional documents pursuant to the protective order, and to schedule three 30(b)(6) witness depositions (one for MetLife, one for TriNet, and one for PCBB). Due to the availability of counsel and the witnesses, the first available date for the deposition of MetLife's 30(b)(6) witness is November 21, 2013, after the currently-scheduled briefing is to be completed. The first available date for the deposition of TriNet's 30(b)(6) witness is December 5, 2013, after the currently-scheduled hearing on the parties' dispositive motions.

5. The parties expect that the case will be resolved in its entirety on dispositive motions. If the parties file their dispositive motions on October 23, 2013, they will necessarily need to supplement their briefs following the conclusion of the additional discovery ordered by the Court, and at this time the additional discovery will not be concluded until after the currently scheduled hearing on November 27, 2013.

1      THEREFORE, in order to avoid the need for supplemental briefing and in the interest of
2  judicial economy, the parties respectfully request that the Court continue the last day to hear
3  dispositive motions to January 22, 2014, or as soon thereafter as the matter may be heard.  The
4  parties propose that dispositive motions be filed on December 18, 2013, with oppositions due
5  January 8, 2014, and replies due January 15, 2014.
6      This continuance will allow the parties to complete discovery and to prepare their
7  respective dispositive motions, without the need for additional or supplemental briefing, and to
8  make the most efficient use of the Court's time.
9      Although the parties anticipate that the case will be resolved in its entirety through
10 dispositive motions, the parties also respectfully request that the Court continue the bench trial,
11 which is currently set for February 10, 2014, to June 30, 2014.
12     IT IS SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

13 DATED:  October 22, 2013     The Grey Law Firm, PC

15                              By: /s/ Rebecca Grey (as authorized on 10/22/2013)
                                    Rebecca Grey
16                                  Attorneys for Plaintiff
                                    ERNIE ECHAGUE

18 DATED:  October 22, 2013     SEDGWICK LLP

20                              By: /s/ Rebecca A. Hull
                                    Rebecca A. Hull
21                                  Erin A. Cornell
                                    Attorneys for Defendant
22                                  METROPOLITAN LIFE INSURANCE COMPANY

23 DATED:  October 22, 2013     LITTLER MENDELSON

25                              By: /s/ Isela Perez (as authorized on 10/22/2013)
                                    Eric Bellafronto
26                                  Isela Perez
                                    Attorneys for Defendants
27                                  THE TRINET GROUP, INC.; THE TRINET GROUP,
                                    INC. BASIC LIFE INSURANCE PLAN; THE TRINET
28                                  GROUP, INC. SUPPLEMENTAL LIFE INSURANCE
                                    PLAN' PACIFIC COAST BANKERS' BANK

**ORDER**

Pursuant to the stipulation of the parties and good cause found herein,

IT IS ORDERED that the hearing for the parties' dispositive motions is continued to January 22, 2014.

The parties are to file their dispositive motions on December 18, 2013. Opposition briefs are due January 8, 2014, and reply briefs are due January 15, 2014.

It is further ordered that the bench trial is continued to June 30, 2014.

IT IS SO ORDERED.

DATED: October 23, 2013

Honorable William H. Orrick
United States District Judge