Rebecca Grey  (State Bar No. 194940)
THE GREY LAW FIRM, P.C.
235 Montgomery Street, Suite 1101
San Francisco, California  94104
Telephone: (415) 262-9926
Facsimile: (415) 262-9981
E-mail:  grey@greylaw-sf.com

Attorney for Plaintiff
ERNIE ECHAGUE

Eric Bellafronto Bar No. 162102
ebellafronto@littler.com
Isela Perez Bar No. 267859
iperez@litter.com
LITTLER MENDELSON
50 West San Fernando Street, 15th Floor
San Jose, CA 95113
Telephone: (408) 998-4150
Facsimile: (408) 288-5686

Attorneys for Defendants
THE TRINET GROUP, INC.; THE TRINET GROUP, INC.
BASIC LIFE INSURANCE PLAN; THE TRINET GROUP,
INC. SUPPLEMENTAL LIFE INSURANCE PLAN;
PACIFIC COAST BANKERS' BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNIE ECHAGUE, an individual,<br><br>        Plaintiff,<br><br>    vs.<br><br>METROPOLITAN LIFE INSURANCE<br>COMPANY, TRINET GROUP, INC., PACIFIC<br>COAST BANKERS' BANK, THE TRINET<br>GROUP, INC. GROUP BASIC LIFE<br>INSURANCE PLAN, THE TRINET GROUP,<br>INC. GROUP SUPPLEMENTAL LIFE<br>INSURANCE PLAN,<br><br>        Defendants. | Case No. 3:12-cv-00640-WHO<br><br>**STIPULATION [AND ORDER] REGARDING CONTINUANCE OF PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO ALTER JUDGMENT, DEFENDANT'S REPLY TO PLAINTIFF'S RESPONSE, & MOTION FOR ATTORNEY'S FEES AND LITIGATION EXPENSES** |

-1-

STIPULATION REGARDING CONTINUANCE OF PLAINTIFF'S
RESPONSE TO MOTION TO ALTER JUDGMENT, DEFENDANT'S
REPLY TO THAT RESPONSE, & PLAINTIFF'S MOTION FOR FEES

Case No. 3:12-cv-00640-
WHO

For the reasons set forth below, the parties, through their respective attorneys, respectfully request that the Court permit a continuance of the applicable deadlines:

1.    This Court granted in part Plaintiff's Motion for Summary Judgment and granted Defendant Pacific Coast Bankers' Bank's ("PCBB") Motion for Summary Judgment on May 19, 2014. (Docket No. 135)

2.    The parties and the Court previously agreed to a continuation of the filing date of the parties' motions for fees and expenses to June 30, 2014 to permit time for the meet and confer process. (Docket Nos. 138, 139)

3.    On June 25, 2014, counsel for TriNet and PCBB informed Plaintiff's counsel that TriNet intended to file a Motion for Reconsideration. In order to allow the Court to hear the Motion for Reconsideration before considering any motions for attorneys' fees and expenses, the parties agreed to a continuation of the filing date of any motions for fees and expenses. (Docket No. 140)

4.    On June 27, 2014, the Court granted the parties' stipulation to continue the deadline for filing any motions for fees and expenses to July 15, 2014. (Docket No. 141)

5.    Defendant TriNet filed a Motion to Alter or Amend Judgment and for Relief from Judgment or Order on June 30, 2014 ("Motion to Alter") with a hearing date of August 20. (Docket No. 142) The ECF Notice for TriNet's Motion listed the hearing schedule as follows: Plaintiff's Response to Defendant's Motion to Alter Judgment to be filed July 14, 2014, and Defendant's Reply to Plaintiff's Response to be filed July 21, 2014.

6.    Plaintiff's counsel Rebecca Grey is out on vacation from June 29, 2014, the day before Defendant TriNet's Motion to Alter was filed, through July 12, 2014, two days before Plaintiff's Response is due. Plaintiff's counsel met and conferred with Defendant TriNet's counsel regarding this scheduling conflict, and the parties have agreed to a modification of the filing schedule regarding the Motion to Alter.

7.    After a meet and confer process the parties also agreed to postpone the filing deadline for the Motion for Attorneys fees to August 20, 2014, the hearing date for the Motion to Alter.

For this reason, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that:

- The currently scheduled July 14, 2014 date for filing Plaintiff's Response to Defendant's Motion to Alter Judgment be continued to July 21, 2014,

- The currently scheduled July 21, 2014 date for filing Defendant's Reply to Plaintiff's Response be

STIPULATION REGARDING CONTINUANCE OF PLAINTIFF'S RESPONSE TO MOTION TO ALTER JUDGMENT, DEFENDANT'S REPLY TO THAT RESPONSE, & PLAINTIFF'S MOTION FOR FEES

Case No. 3:12-cv-00640-WHO

continued to July 28, 2014, and

- The currently scheduled July 15, 2014 date for filing any Motion for Fees and Expenses be continued to August 20, 2014.

The parties agree to leave the hearing date for TriNet's Motion to Alter as currently scheduled on August 20, 2014.

Dated:  July 11, 2014                              THE GREY LAW FIRM, PC

By:    /s/ Rebecca Grey
       Rebecca Grey
       Attorneys for Plaintiff
       ERNIE ECHAGUE

Dated:  July 11, 2014                              LITTLER MENDELSON

By:    /s/ Isela Perez
       Eric Bellafronto
       Isela Perez
       Attorneys for Defendants
       THE TRINET GROUP, INC.; THE TRINET
       GROUP, INC. BASIC LIFE INSURANCE PLAN;
       THE TRINET GROUP, INC. SUPPLEMENTAL
       LIFE INSURANCE PLAN; PACIFIC COAST
       BANKERS' BANK

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

By:    _____
       Honorable William Orrick

-3-
STIPULATION REGARDING CONTINUANCE OF PLAINTIFF'S              Case No. 3:12-cv-00640-
RESPONSE TO MOTION TO ALTER JUDGMENT, DEFENDANT'S            WHO
REPLY TO THAT RESPONSE, & PLAINTIFF'S MOTION FOR FEES